AO 91 (Rev. 11/11) Criminal Complaint

DOA: 10/19/2026

# UNITED STATES DISTRICT COURT

for the
District of Arizona

United States of America
v.
Andres Gutierrez-Gutierrez,
a.k.a.: Andres Gutierrez Gutierrez,
A#221 171 099

*Defendant*

Case No. 26-3404MJ

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about October 19, 2026, in Yavapai County, in the District of Arizona, the defendant violated Title 8, United States Code, Section 1326(a) (Reentry of Removed Alien), an offense described as follows:

Andres Gutierrez-Gutierrez an alien, was found in the United States at or near Camp Verde, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about May 13, 2025, and not having obtained the express consent of the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a) (Reentry of Removed Alien). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

C. Bailey Jr. Digitally signed by CHARLES BAILEY
Date: 2026.10.20 10:19:50 -07'00'

AUTHORIZED BY: Charles E. Bailey Jr., P.S. for AUSA Mahana Weidler

☒ Continued on the attached sheet.

JAMES N LUONG Digitally signed by JAMES N LUONG
Date: 2026.10.20 10:53:31 -07'00'

*Complainant's signature*

James N. Luong
ICE Deportation Officer

*Printed name and title*

Sworn to telephonically.

Date: October 20, 2026

M Morrissey

*Judge's signature*

City and state: Phoenix, Arizona

Michael T. Morrissey
United States Magistrate Judge

*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Deportation Officer James N. Luong, declare under penalty of perjury that the following is true and correct.

1. I am a Deportation Officer. I have learned the facts recited herein from direct participation in the investigation and from the reports and communications of other agents and officers.

2. On or about October 18, 2026, deputies with the Yavapai County Sheriff's Office (YCSO) arrested and booked Andres Gutierrez-Gutierrez into the Yavapai County Jail (YCJ), in Camp Verde, Arizona, on local charges. YCSO deputies suspected Gutierrez-Gutierrez was possibly present in the United States unlawfully and contacted the Phoenix Immigration and Customs Enforcement (ICE) office for assistance. On the same date, due to ICE officers being unable to interview Gutierrez-Gutierrez at the time, they conducted remote immigration checks on him. On or about October 19, 2026, an immigration detainer was lodged with the YCJ for Gutierrez-Gutierrez. On the same date, Gutierrez-Gutierrez was released from the YCJ to ICE custody and transported to the Phoenix ICE office for further investigation and processing. Gutierrez-Gutierrez was held in administrative custody until his criminal and immigration history could be obtained and his identity confirmed.

3. Immigration history checks revealed Andres Gutierrez-Gutierrez to be a citizen of Mexico and a previously deported alien. Gutierrez-Gutierrez was removed from the

United States to Mexico, through Nogales, Arizona, on or about May 13, 2025, pursuant to a final order of removal issued by an immigration official. There is no record of Gutierrez-Gutierrez in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his last removal.

4. On or about October 19, 2026, Andres Gutierrez-Gutierrez was advised of his constitutional rights. Gutierrez-Gutierrez freely and willingly acknowledged his rights but declined to provide a statement under oath.

5. For these reasons, this affiant submits that there is probable cause to believe that on or about October 19, 2026, Andres Gutierrez-Gutierrez an alien, was found in the United States at or near Camp Verde, in the District of Arizona, after having been previously denied admission, excluded, deported, or removed from the United States at or near Nogales, Arizona, on or about May 13, 2025, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a) (Reentry of Removed Alien).

6. This affidavit was sworn to telephonically before a United States Magistrate Judge legally authorized to administer an oath for this purpose. I have thoroughly reviewed the affidavit

///

///

and the attachments to it and attest that there is sufficient evidence to establish probable cause that the defendant violated Title 8, United States Code, Section 1326(a) (Reentry of Removed Alien).

JAMES N LUONG Digitally signed by JAMES N LUONG Date: 2026.10.20 10:55:32 -07'00'

James N. Luong
Deportation Officer
Immigration and Customs Enforcement

Sworn to telephonically on
October 20, 2026

M Morrissey

Michael T. Morrissey
United States Magistrate Judge